17,027-02

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 14 2015
Abel Acosta, Clerk

4-08-2015
AM WEDS 1:46

TO Honorable i hope understanding Judge,
your ___ man, i am yours, Albert ___
P.O. Box 12905 Austin Texas 78711.

Did ___ FEEL At times some good,
investigation on the Lory ___ ward
Jackson computer error 1987.
TELL 1994 Jan 27th on ___
___ pruitt loop 323 And the
dog leg, 20 yr sentence w Agg.
___ Assault, realise 27th Jan 1994
Higher charges class.

BACK April 1996 Lory Lynn ward 6th
Street Arl. waco Texas McLennin County
both times 449932 SAME CASE 3rd
Law, Arrest 1985 1 3rd in law Ar working,
MRS Bobbie ___ ward Jackson,
miss ___ ward EX. worked,
miss ___ ward Jackson
Richards ___ watt Jackson
___ ___ her son And
___ ___ sin/Tip ___
Richard Thomas, ___ ward,
Hir son, Tiessa arrolls ex staff
of T.D.C. in volved T.D.C.
For ___ Gang drug ___
___ Gun drug guns.
Be ___ prison Ar wifes
found, And of A kind look,
A like could be Lory ___
OVER

Your honrable Judge of said appeals court, I in case 00CE La yo of Bay county, I call as witness Little, 36 cell, Bo Baumont who will sign his affidfv. I got cookies about THE morning in QUESTEN miss King would be given I.D. to buy HiGer package thron commissary. IVe seen spek bought back with commissary. sometimes one spek some times two mrs robin & two chwest orJus commissary the sick call showed miss King too do said to hc, if at 7-BUP on High see, commissary staff, for 22.50 h.gres package coffee lotin soupr cookies soup chips towell Face tissue so on. but All i asked didint. or hadint seen I.D. on miss Lunn, ms King my I.D. cames no was spd jut i FEEl hns p trust Budwizen King, of beers 70 to 80 millio maybe less by your humble Judge appeal of Less may be working but i do FEEl my I.D. was used too, buy cookies for some of two na inmates, Like 37 cell Westie short jud my number 38 cell Gotto, jud do. in pint slipers. cell + cell. All 40.00 on 4-3-15 martinez none commissary. over outof $1Dint without paper to left side All i have

THIS IS all i have are sheet of 4-07-15
paper. your husm Found stolen by maybe P. Annie

HELLO to your honorable of FED court of APPEALS
i AM REQUESTING verdicte Judge of Federal
counts of appeals too. rightonthe 2nd shift
your honorable Judge, black male and older
mexican american FEMALE sivion 1Ak.
both of Amarillotexas MALE and FEMALE staff,
of your honor. I Am not trying to be Funny
but, i Am Tony Harmon Jackson 1506055.
of VIP elefantrawit i Am Asking For your
verdicte on Appeal of American civil
Leberties union case About dealers. some
thing Akind too Evil, but not rapper
rapper Rapper, of the true fault
of America some may yet be ad
your honor some on. And they on
the world FARE of America.
on the hand Family A straight
hold destu throat. on mrs Bobbie
jackson married too Robert Lee
jackson my dad. By some pro-
lentage, my Also be in some
what Angel, By some Gay
by peur And like me by some
staff. And on 17th Am mail i did
put my I.D. card. Dan in
A legal Gudlgae too go to
P.M. nurse Live, Rn King nurse
officece. sent by to mail letter on
IT on cott. Thous pt mail pickup
2:30 - 5:00 AM morning of 17th over

NAME _Jackson, Tony L._ TDCJ-CID# _1504055_

o    Does not qualify for sealed correspondence per Board Policy 03.91;

o    Has an incorrect return address per Board Policy 03.91;

✓    Has an incorrect address for the legal, special or media correspondent;

o    Person listed on Negative Mailing List;

o    Addressed to an offender that has not been approved;

o    Contains illustrations or written messages on envelope;

o    In-cell recreational art items must be mailed via property officer;

o    Uninspectable homemade card/ envelope

o    Envelope does not contain postage

o    Transfer of offender property- violation of AD03.72

_per MSCP_
_Correct address_

_P.O. Box 12308_

_V. Kendall_
Mailroom/Law Library Representative Signature

_4-8-15_
Date

_12 A 35_

09/01/14

COMMISSARY ORDER SLIP

SLIP MUST BE FILLED OUT COMPLETELY

Hello man Fill it I pirout
cut off please out before suss

| QT's | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| 1 | Writing Tablet 8x10 | 1.85 | 1.85 |
| 1 | Hi Gien Male Deo | 2.50 | 2.50 |
| 20 | BEEFS soups | .27 | 5.56 |
| 10 | STAMPED Envelope | 1 | 5.88 |
| 3 | Keefe Coffee | 2.95 | 7.00 |
| 2 | Coke Soda | .85 | 1.10 |
| | nute + mix fizzer | 11 | 3.88 |
| 8 | SALTED CRACKER | .30 | 2.00 |
| 1 | Wash cloths | .15 | 2.25 |
| 2 | Hot Cocoa | 2.95 | 1.80 |
| 2 | BEANS RE Fried | 1.56 | 2.20 |
| 3 | BBQ | | |
| 2 | Frosted Wheat | | |
| | Honey Buns | 5.99 | |
| 3 | Milk powder | | |
| 3 | Water Bottles | .80 | .60 |
| 30 | mango passions | .60 | 1.00 |
| 3 | | | |
| 3 | Butter peanut | 1.85 | 3.00 |
| | Corn chips | | |

4-03-05-15

| | | | |
|--|--|--|--|
| | | TOTAL | |

DO NOT TEAR! TAG FULL LENGTH

SALES FINAL! NO EXCHANGE

for lamp wks

NAME _____

LOCATION _____

SO-7 (Rev. 2/86)

12-A-35     4-03-04-15

NUMBER _____ DATE

Not taxed

7-4-15 AM YOUR honorable Judge, Your Honor Jackson wants mom or wife White Jackson and mom Mrs Bobbie Ward McKee will die five days before my release Mrs Martha Jackson I am on my Bobby Brown in a week. I need a round Newport in cell. I can't tell Contact better than this.

Jackson I.P. care
Sent by Thomas #50605177494
anthony conway on first 54A
2015 contains I-8-A3
Active in the 6 Charges



COMMISSARY ORDER SLIP
SLIP MUST BE FILLED OUT COMPLETELY

| QTY | ITEM-DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 | stamped envelopes | 51 | 5.50 |
| 3 | Kerns coffee | 2.63 | 7.90 |
| 26 | saltien crackers | 30 | 7.90 |
| 2 | peanut butter crunchy | | 3.20 |
| 27 | chicken soup | 27 | 7.52 |
| 2 | shred frooted wheat cereal | 3.00 | 6.00 |
| 1 | black n gold afro pick | 2.50 | |
| | ink pen | 50 | 60 |
| 38 | duplex cream cookies | 2.50 | 8.00 |
| 2 | cocoa butter lotion | 90 | 1.80 |
| 36 | fudge sticks mixed | | 1.24 |
| 12 | chocolate drink mix | 95 | .95 |
| 1 | cocoa mix / face towel | 2.50 | 2.50 |
| 2 | powder milk | 95 | 1.80 |
| 6 | bottle left coffee | 1.10 | 1.70 |
| | dial soap | | |
| 1 | bottles water / tissue roll please | 80 | .60 |
| 2 | BB clips | 160 | 3.30 |
| 12 | oat meal pie | 1.45 | |
| 1 | note book tissue | 1.05 | 1.05 |
| 40 | pens / stamps | .01 | .40 |
| 12 | chili no bean | 1.45 | 1.45 |
| 1 | rocky road pint | 190 | 1.90 |
| 10 | | | 52.00 |

DATE ___ TOTAL ___

Second says says it curione is Blue Above, higher milage the, one i front Okay on the above

Hi
I.D. Cards I said to be from myse Kings Am, First shift. I did to Lunchg. To commissary will plese sent commissary it after Lunches. 17th 17th by Co. Thomas 1st 5th. I.D. is com will not knew let go to fill in. be for no. "Okay thank you. Are file. stops action & delivi, will says on like a like on of the iue drink some, nobut let is saling neat lowerury, i cell, could stop to file,

MAM KEEFE 90 10 M bin

Lonnie
Q

mAAm if you please fill
my request... do fill
From... price... wie

# COMMISSARY ORDER SLIP
## SLIP MUST BE FILLED OUT COMPLETELY

| QTY | ITEM-DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Tissue rolls | 50 | 1.00 |
| 8 | Dial soap | 20 | 1.60 |
| 1 | co cod mix | 2.45 | 2.45 |
| 12 | Alkaseltzer's syl | 2.60 | 2.80 |
| 6 | Saltine crackers | 30 | 1.80 |
| 6 | 15¢ stamps | 15 | 90 |
| 1 | spoon plastic | 2.25 | 2.25 |
| 1 | colsate | 1.25 | 1.25 |
| 1 | Baby dry shampoo | | |
| | ~~...~~ | | |
| 1 | cream class | 1.20 | 1.20 |
| 1 | mouth wash Alc free | 1.20 | 1.20 |
| 2 | Tooth brush | 45 | 90 |
| 1 | Activator softee | 1.20 | 1.20 |
| | ~~... pill Item...~~ | 35 | 35 |
| | ~~...~~ | | |

vit lotion food hiGiene's okay

meam This Back  14.05

property Refernl Fnot  6.18

whitefor 490 Total  15.03

Neptonnees  12 will tax

1 PArc  12  ...

| 3.8 | 4-3-4-15 | 74.02 |
|---|---|---|
| 1.3¢ | DATE | TOTAL 74.63 |

1.60 All Items Out of Dist

DO NOT TEAR! LEAVE FULL LENGTH!
ALL SALES FINAL! NO EXCHANGE!

Lones Lanns  RCBon  # 1506055

NAME

12-A-35  4-3-4-15

LOCATION  NUMBER  DATE

SO-7 (Rev. 2/86)

I - GO IN SIDED
12-A-35 CELL
PLEASE look AT
property my white
S-071 II 2 onc
size 12 wide NEW BALANCE shoes yes front
J. 10 in con, mas
nu bil dunun of chuoz
High sec 7. old OR co on they

Tony Gamas
Jackson
#1504055
12-A-35